MARK BIRNEY *v.* RICHARD BARRETTA, JR.
(12746)

LAVERY, SCHALLER and SPEAR, Js.

Argued November 8—decision released November 29, 1994

*Albert Carocci,* for the appellant (defendant).

*Joseph F. Mulvey,* with whom, on the brief, was *Melvin Silverman,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.